No. 488. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY CO., PLAINTIFF IN ERROR, *v.* JOSEPH LEORA, BY JOHN LEORA, HIS GUARDIAN AD LITEM. In error to the Supreme Court of the State of Wisconsin. Argued December 1, 1914. Decided December 7, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Spies* v. *Illinois*, 123 U. S. 131, 181; *Erie R. R.* v. *Purdy*, 185 U. S. 148, 154; *Louisville & N. R. R.* v. *Woodford*, 234 U. S. 46; *Willoughby* v. *Chicago*, ante, p. 45 (decided this term). (See *Chicago, Milwaukee & St. Paul Ry.* v. *Hanson*, ante, p. 693, decided this term.) Mr. *Wm. A. Hayes* and Mr. *L. K. Luse* for the plaintiff in error. Mr. *Walter L. Gold* and Mr. *W. P. Crawford* for the defendant in error.

No. ——. Original. *Ex parte;* IN THE MATTER OF LEO M. FRANK, PETITIONER. Submitted November 30, 1914. Decided December 7, 1914. Application for the allowance of a writ of error denied. Mr. *Henry A. Alexander* for the petitioner.